

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In re Gary J. Albertson II and Jamie Price
Albertson

No. 06-25-00027-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Chief
Justice Stevens.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief
sought. Therefore, we deny the petition.

RENDERED MAY 30, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk